UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY HAIRSTON,<br>CDCR #C-95215,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SUPERIOR COURT OF<br>BAKERSFIELD, et. al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 17-cv-00190-JAH-NLS<br><br>**1) DISMISSING CIVIL ACTION AS FRIVOLOUS PURSUANT TO 28 U.S.C. § 1915A(b)(1)**<br><br>**AND**<br><br>**2) DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT [ECF Doc. No. 2]** |

Robey Hairston ("Plaintiff"), currently housed at the Atascadero State Hospital located in Atascadero, California, and proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983, on January 30, 2017. *See* Compl. at 1, ECF Doc. No. 1.  Plaintiff did not prepay the civil filing fees required by 28 U.S.C. § 1914(a) at the time of filing; instead he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (ECF Doc. No. 2).

**I.     Sua Sponte Screening Pursuant to 28 U.S.C. § 1915A(b)**

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who

is accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program," "as soon as practicable after docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP. *See* 28 U.S.C. § 1915A(a), (c). Pursuant to this provision of the PLRA, the Court is required to review prisoner complaints which "seek[] redress from a governmental entity or officer or employee of a government entity," and to dismiss those, or any portion of those, which are "frivolous, malicious, or fail[] to state a claim upon which relief may be granted," or which "seek monetary relief from a defendant who is immune." 28 U.S.C. § 1915A(b)(1)-(2); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000); *Hamilton v. Brown*, 630 F.3d 889, 892 n.3 (9th Cir. 2011). "The purpose of § 1915A is 'to ensure that the targets of frivolous or malicious suits need not bear the expense of responding.'" *Nordstrom v. Ryan*, 762 F.3d 903, 920 n.1 (9th Cir. 2014) (quoting *Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 681 (7th Cir. 2012)).

     Plaintiff's complaint is subject to sua sponte dismissal pursuant to 28 U.S.C. § 1915A(b)(1) because it is duplicative of another civil action he is already litigating before a different Court. *See Hairston v. Superior Court of Bakersfield, et al.*, E.D. Cal. Civil Case No. 1:17-cv-00220-DAD-JLT (Compl., ECF Doc. No. 1). A court "'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'" *Bias v. Moynihan,* 508 F.3d 1212, 1225 (9th Cir. 2007) (quoting *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)).

     A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal quotations omitted). Because Plaintiff is already litigating the identical claims presented in the instant action against the same defendants in *Hairston v. Superior Court of Bakersfield, et al.*, E.D. Cal. Civil Case No. 1:17-cv-00220-DAD-JLT, the Court must

dismiss this duplicative and subsequently filed civil case pursuant to 28 U.S.C. § 1915A(b)(1). *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446 n.1; *see also Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688–89 (9th Cir. 2007) ("[I]n assessing whether the second action is duplicative of the first, we examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same."), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008).

## II.     Conclusion and Order

Good cause appearing, **IT IS HEREBY ORDERED** that this civil action, *Hairston v. Superior Court of Bakersfield, et al.*, S.D. Cal. Civil Case No. 3:17-cv-00190-JAH-NLS, is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF Doc. No. 2) is **DENIED** as moot and that this dismissal shall operate without prejudice to Plaintiff's pursuit of the same claims against the same parties which are currently pending before this Court in *Hairston v. Superior Court of Bakersfield, et al.*, E.D. Cal. Civil Case No. 1:17-cv-00220-DAD-JLT.

The Clerk shall close the file.

Dated: March 21, 2017

_____
HONORABLE JOHN A. HOUSTON
United States District Judge